**Michael SINDRAM, Plaintiff–Appellant,**

v.

**Douglas B. ROBELEN, State Actor; Hon. Gerald Bruce Lee; Phyllis T. Walton; Lisa Grayson; U.S. Marshal Service; John Hackman, Defendants–Appellees,**

and

**Patricia L. Harrington, Defendant.**

No. 11–1093.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2011.

Decided: April 29, 2011.

Michael Sindràm, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Sindram seeks to appeal the district court's order directing him to show cause why he should not be enjoined from filing further actions in that court and denying his motions for appointment of counsel and for a reasonable accommodation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sindram seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*